# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Rene Paul Diaz           **Docket Number:**   1:12CR00415-01

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   1/6/2014

**Original Offense:** 21 USC 841(a)(1), Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine (CLASS A FELONY)

**Original Sentence:**  46 months BOP; 24 months TSR; $100 SA; and mandatory drug testing

**Special Conditions:**   Search; Drug counseling; Drug testing; Cellular phone restrictions; Co-payment plan; Register as a drug offender; Community service

**Type of Supervision:**   Supervised release

**Date Supervision Commenced:**   Supervision to commence on 3/22/2016

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in Geo Reentry Services, for a period of 120 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender will release from the Bureau of Prisons on March 22, 2016. Although already a resident of Geo Reentry Services in Oakland, California, the offender's case manager indicates he does not have a viable release plan following service of his custodial sentence. Given these circumstances, it is felt a public law placement in Geo Reentry Services is needed to allow his probation officer time to find suitable long-term living arrangements. Additionally, this condition will be in place to allow for a smooth transition into the community. Therefore, it is recommended his conditions of supervision be modified to include that he reside in Geo Reentry Services for up to 120 days. Should the offender find stable living arrangements prior to serving 120 days in this facility, he will be allowed to release into the community. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

*/S/ Tim D. Mechem*

**Tim Mechem**
**Supervising United States Probation Officer**
Telephone: (559) 499-5731

**DATED:** 3/18/2016

Reviewed by,

*/s/ Brian J. Bedrosian*

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

IT IS SO ORDERED.

Dated:  **March 21, 2016**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney

Assistant Federal Defender